Certificate Number: 06531-PAM-DE-038391120

Bankruptcy Case Number: 24-00600


06531-PAM-DE-038391120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2024, at 9:56 o'clock PM CDT, Chelsea Goody completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 17, 2024

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor