United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                             Case No. 24-00600-HWV
Chelsea C. Goody                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                              Page 1 of 2
Date Rcvd: May 23, 2024                          Form ID: ntcnfhrg                          Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chelsea C. Goody, 350 N. Gotwalt St., York, PA 17404-5015 |
| 5616067 | + | The Anxiety Treatment Center of MD Inc, Andrea Batton, 3120 Paper Mill Rd, Phoenix, MD 21131-1432 |
| 5602245 | + | The Maryland Anxiety Center, Inc., 1122 Kenilworth Dr #211, Suite 301, Towson, MD 21204-2146 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5602246 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 23 2024 18:46:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5602242 | ^ | MEBN | May 23 2024 18:43:24 | Dept of Education/Neln, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5602247 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5614280 | ^ | MEBN | May 23 2024 18:41:25 | LAKEVIEW LOAN SERVICING LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5602243 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5602250 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2024 18:47:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5602248 | | Email/Text: fesbank@attorneygeneral.gov | May 23 2024 18:47:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5602244 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2024 18:46:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5617044 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2024 18:46:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5602249 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 23 2024 18:46:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5602251 | ^ | MEBN | May 23 2024 18:42:33 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5617615 | | Email/PDF: ebn_ais@aisinfo.com | May 23 2024 18:55:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Chelsea C. Goody jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chelsea C. Goody,
fka Chelsea C. Bope,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00600−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**May 15, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 29, 2024  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CynthiaBoyle, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2024 |

ntcnfhrg (08/21)