In re:                                                                                    Case No. 24-00600-HWV

Chelsea C. Goody                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

**Recip ID**         **Recipient Name and Address**
   +   Shawn D. Goody, 350 North Gotwalt Street, York, PA 17404-5015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024                 Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Brent J Lemon
          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com

Denise E. Carlon
          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
          TWecf@pamd13trustee.com

John Matthew Hyams
          on behalf of Debtor 1 Chelsea C. Goody jmh@johnhyamslaw.com
          acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

United States Trustee
          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Chelsea C. Goody<br>fka Chelsea C. Bope | | Chapter: | 13 |
| | **Debtor 1** | | |
| | | Case No.: | 1:24-bk-00600-HWV |
| LAKEVIEW LOAN SERVICING LLC | | | |
| vs. | **Movant(s)** | Document No.: | 36 |
| Chelsea C. Goody fka Chelsea C. Bope<br>Co-Debtor: Shawn D. Goody<br>Jack N. Zaharopoulos<br>Trustee | | Nature of<br>Proceeding: | Motion for Relief from<br>Automatic Stay |
| | **Respondent(s)** | | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by

Movant, Doc. 29, and it appearing that Movant wishes to withdraw this Motion, Doc. 36, it is

ORDERED that the Withdrawal is **APPROVED**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 30, 2024