IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chelsea C. Goody | CHAPTER 13 |
|     Debtor | |
|     Movant : Motion for Continuance | |
|       v. | |
| The Anxiety Treatment Center of MD, Inc. | CASE NO. 1-24-bk-00600 |
|     Respondent/Creditor | |

## OPPOSISTION TO DEBTOR'S MOTION FOR CONTINUANCE

Respondent opposes to Debtor's Motion for Continuance as follows:

1. Movant filed Voluntary Petition in Chapter 13 Bankruptcy on March 13, 2024,
2. On June 7, 2024, the Movant filed an Objection to Claim #4 on the Claims Register, which was filed by the Respondent.
3. Respondent timely filed an Answer to the Claim of Objection.
3. The matter is set for hearing on August 14, 2024.
4. On Thursday, August 8th, Movant's counsel's paralegal emailed Respondent to seek concurrence at the end of business hours 4:55pm and called to ask Respondent on Friday, August 9th. Respondent declined the request for continuance for the following reasons:

- Respondent/Creditor is the Clinical Director and practicing clinician at The Anxiety Treatment Center of MD, Inc (DBA The Maryland Anxiety Center) and upon receiving notice of the aforementioned hearing, rearranged & rescheduled patients accordingly.
- It would be unfair and clinically unethical to cancel or reschedule patients once again.
- The Anxiety Treatment Center of MD, Inc will lose income from those patients as will Respondent/Creditor personally by canceling appointments to attend the meeting on August 14, 2024 and will lose additional income if required to cancel and reschedule to attend another meeting should this hearing be continued.
- Debtor's attorney waited until the end of the week prior to the scheduled hearing to ask for a continuance for a personal vacation which does not allow enough time for Respondent or the patients of Respondent to plan accordingly without suffering harm.

5. For the foregoing reasons, Movant requests that this Honorable Court grant a continuance of the date and time currently set for hearing on the Objection to Claim #4.

WHEREFORE, Respondent respectfully requests this Honorable Court deny Debtor's Motion for Continuance and further requests this Honorable Court award any other such relief which is just and proper.

Respectfully submitted,
Andrea G. Batton, LCPC
Clinical Director
The Maryland Anxiety Center
1122 Kenilworth Drive, Suite 211
Towson, MD 21204
Marylandanxietycenter.com

Dated: August 11, 2024