In re:                                                                                    Case No. 24-00600-HWV

Chelsea C. Goody                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | The Anxiety Treatment Center of MD, Inc, Andrea G. Batton, LCPC, DBA: The Maryland Anxiety Center, 3120 Paper Mill Rd, Phoenix, MD 21131-1432 |
| 5616067 | + | The Anxiety Treatment Center of MD Inc, Andrea Batton, 3120 Paper Mill Rd, Phoenix, MD 21131-1432 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| John Matthew Hyams | |
| | on behalf of Debtor 1 Chelsea C. Goody jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Chelsea C. Goody | : | |
| | : | |
| | : | CASE NO: 1:24-bk-00600-HWV |
| Debtor | : | |
| | : | |
| Chelsea C. Goody | : | |
| | : | |
| | : | |
| Movant | : | Motion for Continuance |
| v. | : | |
| | : | |
| The Anxiety Treatment Center of MD, Inc. | : | |
| | : | |
| Respondent | | |

## ORDER

Upon consideration of Movant's Motion for Continuance, Doc. 39, it is

ORDERED that the Motion is **GRANTED** and the hearing currently scheduled on the

Objection to Claim #4 shall be rescheduled to August 28, 2024 at 9:40 AM at Sylvia H. Rambo

US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 12, 2024