FILED
**August 26, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

*Exhibit A*

# EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT ("Agreement") is entered into this <u>6th</u> day of <u>October</u>, 2020 and becomes effective as of <u>October 6, 2020</u> ("Effective Date") by and between **The Maryland Anxiety Center**, ("Employer") located at 1122 Kenilworth Drive, Suite 211, Towson, Maryland 21204, and Chelsea Goody, LGPC, a Maryland Licensed Professional Counselor("Employee").

## BACKGROUND

Employer operates a cognitive, behavioral therapy practice, which provides clinical assessment, treatment and intervention services and programs to meet its patients needs. Employee is a Maryland Licensed Professional Counselor who has training, education and experience in providing therapeutic services. Employer desires to offer Employee employment and Employee accepts Employer's offer of employment on the terms and conditions set forth herein.

NOW, THEREFORE, the parties, intending legally to be bound, agree as follows:

1. <u>EMPLOYMENT</u>.

1   Provided that Employee meets Employer's credentialing requirements as of the Effective Date, Employer offers Employee employment for the purpose of having Employee perform the duties and responsibilities set forth herein, and Employee accepts this offer of employment, upon the terms and conditions set forth in this Agreement.

   1.1 As of the Effective Date, Employee shall:

      1.1.1   Be duly licensed by the Maryland Board of Professional Counselors and Therapists to practice clinical professional counseling without restriction in Maryland;



Exhibit B

May 2, 2022

Dear Mrs. Andrea Batton,

Please accept my letter of resignation from The Maryland Anxiety Center. This is my 60 days written notice as per the employment contract, notifying you that July 1, 2022 will be my last day at the agency.

As we had discussed several times previously, I find myself unable to secure childcare that will allow me to logistically and financially continue to work outside of my home state. Additionally, and more concernedly, the environment in the workplace has caused me increased stress, a factor which has ultimately forced me to end my employment sooner than my original anticipated Maternity Leave Date of July 31, 2022. My physician has echoed my concerns and in addition to this, has recommended that additional accommodations be made so that I can minimize my stress and remain physically healthy through the remainder of my employment and pregnancy. Accompanying this letter I will include the recommendation of my provider for pregnancy-related accommodations, which I will be picking up early next week and will forward via email.

I am appreciative to you and The Maryland Anxiety Center for the knowledge that I have acquired in specialization, the privilege it has been to work with the population of clients, and in the memories that I have made as an employee.

Sincerely,

Chelsea C. Goody

Chelsea Goody, LCPC

Case 1:24-bk-00600-HWV    Doc 43    Filed 08/26/24    Entered 08/26/24 13:53:09    Desc
Main Document      Page 2 of 12

# Calculation of Damages

The Anxiety Center of Maryland, Inc. dba The Maryland Anxiety Center (the "Center") claims damages of (1) sixty percent (60 %) of the monies paid to Ms. Goody for the services rendered by Ms. Goody or on her behalf or through Goody Counseling Services, LLC outside of the Center's practice during the term of the Employment Agreement and (2) for the average of twenty-five (25) hours per week from July 1, 2022 to October 6, 2023, the balance of her Employment Agreement term. Based on the documentation provided by Ms. Goody, she had income in violation of her contract in the amount of $41,775 for item (1). The Center's sixty percent (60 %) share equals $25,065.

For item (2), the period from July 1, 2022 to October 5, 2023, Ms. Goody would have produced fees of $325,650 based on the 25 hours per week she had been providing during her full-time status. The Center's share equals $195,390, for a total claim of $220,455.

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY

THE ANXIETY CENTER OF MARYLAND, INC. *

DBA THE MARYLAND ANXIETY CENTER     *

   Plaintiff     *     CASE NO. C-03-CV-23-002061

VS.     *

CHELSEA GOODY, LCPC, ET AL     *

   Defendants     *

*****************************************************************************

## SECOND AMENDED COMPLAINT

The Plaintiff, The Anxiety Center of Maryland, Inc., by its attorneys, Richard Bloch and Shiling, Bloch & Hirsch, P.A., files this Second Amended Complaint against the Defendants, Chelsea Goody, LCPC, individually and trading as Goody Counseling Services, and Goody Counseling Services, LLC, and for reasons says:

## COUNT ONE -Breach of Contract

1. The Plaintiff engages in the practice of mental health treatment through its employees.

2. On October 6, 2020, Plaintiff entered into an Employment Agreement (the "Agreement") with the Defendant, Chelsea Goody, LCPC. The initial term was for three (3) years, effective October 6, 2020. The Agreement is attached hereto as <u>Exhibit A</u>.

3. Defendant Goody subsequently accepted a teaching position at Loyola University Maryland in early 2022, without the written authorization of the Plaintiff, which position interfered with the Defendant's obligations to the Plaintiff and reduced her availability to clients of the Plaintiff, in violation of the Agreement.

4. Defendant Goody then began indicating "block" in the office calendar and advising the Plaintiff that she was "unavailable" to provide services for the Plaintiff during those times, thereby reducing her availability to patients, for consultation and other services of the practice, in violation of the Agreement.

5. While employed by the Plaintiff, Defendant Goody opened a competing practice, Goody Counseling Services, in Pennsylvania on January 28, 2022, and solicited and treated patients of the Plaintiff, in violation of the Agreement.

6. While employed by the Plaintiff, Defendant Goody opened another competing practice, Goody Counseling Services, LLC, in Maryland, March 6, 2022, and solicited and treated patients of the Plaintiff, in violation of the Agreement.

7. Defendant Goody then resigned effective July 1, 2022, pursuant to the Defendant Goody's resignation letter dated May 2, 2022, in violation of the Agreement. The letter is attached hereto as <u>Exhibit B</u>.

8. The Defendant Goody violated the Agreement by soliciting and interfering with the Plaintiff's relationship with its patients, employees, prospective employees and referral sources.

9. Following the termination of Defendant Goody's employment with the Plaintiff, the Defendants continued to solicit and provide services to patients of the Plaintiff in violation of the Agreement.

10. The Defendant Goody violated the provisions of the Agreement, including, but not limited to, (i) rendering services other than through the Plaintiff without the approval of the Plaintiff, (ii) collecting fees for services rendered and not paying them to the Plaintiff, (iii) establishing an independent practice without the knowledge or approval of the Plaintiff, (iv) retaining and/or copying patient records, (v) providing the services of another employee of the

Plaintiff to clients of the Plaintiff, outside of the Plaintiff's practice and without approval of the Plaintiff, and (vi) violation of the post-employment covenants of the Agreement.

11. Defendant Goody breached the Agreement and caused the Plaintiff damages, including, but not limited to, loss of income and profits, loss of patients, and other expenses and losses.

WHEREFORE, Plaintiff demands judgment against the Defendant Goody in an amount greater than $75,000, plus interest and costs, and such other and further relief as may be just.

## COUNT TWO- Breach of Covenants

12. Plaintiff adopts by reference the allegations set forth in paragraphs 1-11 above.

13. Sections 10, 11, and 12 of the Agreement provide obligations of and restrictions on the Defendant Goody, and the rights of the Plaintiff pertaining to the Defendant Goody's solicitation of patients, breach of confidentiality and remedies available to the Plaintiff following Defendant Goody's termination of employment.

14. Defendant Goody has violated her obligations and agreements and has solicited patients of the Plaintiff and has otherwise violated her obligations to the Plaintiff.

15. Defendant Goody's actions have been in her individual capacity and as the owner and agent of Goody Counseling Services, LLC.

16. Defendant Goody's actions have caused the Plaintiff to incur losses and damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Goody in an amount greater than $75,000.00, plus interest and costs; and that this Court issue *Ex Parte*, Interlocutory and Permanent Injunctions requiring the Defendant Goody to cease and desist violation of the covenants set forth in the Agreement, from use of Plaintiff's confidential, proprietary, trade secret, client information, and such other and further relief as is just.

## COUNT THREE-Misappropriation of Trade Secrets, Confidential Information

17. Plaintiff adopts by reference the allegations set forth in paragraphs 1-16 above.

18. Plaintiff's client files are valuable, confidential, proprietary property and trade secrets that derive independent economic value from not being generally known to the public or to other persons who could obtain economic value from their disclosure or use.

19. Plaintiff has adopted and maintained appropriate measures to maintain the confidentiality and secrecy of Plaintiff's trade secrets and client information, including, but not limited to, having the Confidentiality Obligations set forth in Section 10 of the Agreement.

20. Defendant Goody had access to and worked with Plaintiff's clients and client files.

21. Plaintiff is informed and believes that Defendant Goody shared such confidential information with Goody Counseling Services, LLC, as owner and a provider of services.

22. Defendant Goody knew that sharing of such confidential information with Defendant Goody Counseling Services, LLC was in violation of the Agreement and an unauthorized use of Plaintiff's confidential, proprietary, trade secret information.

23. Defendant Goody Counseling Services, LLC, knew or should have known that its acceptance and use of such information was in violation of Defendant Goody's Agreement and that such information was Plaintiff's protected, confidential, proprietary information.

24. As a result of Defendant Goody Counseling Services, LLC's misappropriation and use of the Plaintiff's confidential, proprietary, trade secret information, Plaintiff has suffered and continues to suffer damages and losses.

25. Plaintiff believes and therefore alleges that Defendant Goody Counseling Services, LLC's misappropriation of Plaintiff's information was carried out in a willful, wanton and reckless manner in disregard of Plaintiff's rights.

26. Plaintiff believes and therefore alleges that Goody Counseling Services, LLC has benefited financially from the misappropriation of Plaintiff's confidential, proprietary, trade secret information, thereby causing the Plaintiff losses and damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Goody Counseling Services, LLC in an amount greater than $75,000.00, plus interest and costs; and that this Court issue *Ex Parte*, Interlocutory and Permanent Injunctions requiring the Defendant Goody Counseling Services, LLC to cease and desist from use of Plaintiff's confidential, proprietary, trade secret information, and such other and further relief as is just.

### COUNT FOUR-Unjust Enrichment

27. Plaintiff adopts by reference the allegations set forth in paragraphs 1-26 above.

28. Plaintiff is informed and believes and therefore alleges that Defendant Goody Counseling Services, LLC wrongfully received, knowingly accepted and financially benefited from Plaintiff's confidential, proprietary, trade secret information without legal authority to possess and use the same.

29. As a result of the conduct described above, Defendant Goody Counseling Services, LLC has been unjustly enriched at the expense of the Plaintiff.

WHEREFORE, Plaintiff demands judgment against the Defendant Goody Counseling Services, LLC in an amount greater than $75,000.00, plus interest and costs; and such other and further relief as is just.

        s/ *Richard Bloch*
Richard Bloch
AIS ID No. 7206010009
Shiling, Bloch & Hirsch, P.A.
600 Baltimore Avenue, Suite 301
Towson, Md. 21204-4022
(410) 332-0100
Richard@SBHPA.com
Attorneys for Plaintiff

## RULE 20-201 CERTIFICATION

    Pursuant to Rule 20-201, I hereby certify that this filing does not contain any restricted information.

        s/ *Richard Bloch*
Richard Bloch

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of August 2023, a copy of the foregoing was served via MDEC e-filing, and electronic mail to:

James E. Rubin, Esq.
jrubin@rubinemploymentlaw.com
600 Jefferson Plaza, Suite 204
Rockville, MD 20850

        s/ *Richard Bloch*
Richard Bloch



goodycounselingservices.com

![gcs - GOODY COUNSELING SERVICES logo]

Clinician Login

Search...

Home | Meet the Team | Insurance | Services | Contact | FAQ | More

**Chelsea Goody, LCPC, Director**
Dominique Miller, LCPC
Kaitlin Widerman, LCPC
Karen Lopez-Robinson, MA
Lia Wisner, LGPC
Lisa Rugarber, LPC
Maggie Manyose-Grimley, MA
Shivonne Nixon, LGPC

## ...t we do ...

...ches treatment with a unique set of circumstances
... provides a comprehensive, individually-tailored

...rying levels of intensity to treat Anxiety Disorders,
...bsessive-Compulsive Disorder (OCD), Body-
...uma, Attention-Deficit/Hyperactive Disorder
...trospective aspirations.

Individual, couple's counseling, and family counseling is available to children, teens, and adults. Chelsea Goody, LCPC is trained to administer talk therapy and Exposure Response Prevention (ERP). With 7 years of experience, Goody Counseling Services is pleased to be considered in your journey to healing.

### Evaluation
A comprehensive diagnostic evaluation is given during the intake session to help you understand how we can start the process of change.

### Individual Counseling
We support each unique individual through their personal growth. Utilize the benefits of comprehensive communication with providers and specialists outside of the practice for cohesive collaboration and to advocate for the ideal care.

### Couples Counseling
Whether you're interested in pre-marital alignment, checking in with your partner and reconnecting, fortifying parenting approaches and differences, working through challenges, or becoming a more unified team, we understand.

### Family Counseling
We understand that your family is important to you. When things are tense things or arguments lack resolution it creates a lot of stress. We can help improve communication, bolster existing relationships, and support you through it.

## Here to Help

Case 1:24-bk-00600-HWV    Doc 43    Filed 08/26/24    Entered 08/26/24 13:53:09    Desc
Main Document    Page 11 of 12

Defense Info - Sheet1 LIst of Patients with initials.pdf

Open with Google Docs

| Date | Client | Session Type | Charged | Session Disposition/ Intake Sourc | Proof |
|---|---|---|---|---|---|
| 1/21 | GBT | Intake | 300 | Psychology Today | |
| 1/25 | GBT | F/U | 150 | Talk therapy | Progress Note |
| 1/28 | MM | Intake | 300 | **Word of Mouth** | |
| 2/4 | MM | F/U | 150 | Finished intake | Progress Note |
| 2/8 | GBT | F/U | 150 | Talk therapy | Progress Note |
| 2/11 | MM | F/U | 150 | Talk therapy | Progress Note |
| 2/11 | EC | Intake | 300 | **Word of Mouth** | |
| 2/11 | KD | Intake | 300 | **Word of Mouth** | |
| 2/18 | EC | F/U | 150 | ERP | |
| 2/18 | KD | F/U | 150 | ERP | |
| 2/19 | MM | F/U | 150 | Talk therapy | Progress Note |
| 2/21 | JH | Intake | 300 | **Word of Mouth** | |
| 2/22 | GBT | F/U | 150 | Talk therapy | Progress Note |
| 2/23 | CD | Intake | 300 | **Word of Mouth** | |
| 2/25 | JH | F/U | 165 | ERP | |
| 2/25 | CB | Intake | 300 | Psychology Today | |
| 2/25 | MM | F/U | 150 | Talk therapy | Progress Note |
| 2/25 | EC | F/U | 150 | Talk therapy | Progress Note |
| 2/25 | KD | F/U | 150 | Talk therapy | Progress Note |
| 3/1 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 3/2 | CD | F/U | 150 | ERP | |
| 3/3 | JH | F/U | 165 | ERP | |
| 3/4 | MM | F/U | 150 | Talk therapy | Progress Note |
| 3/4 | EC | F/U | 150 | Talk therapy | Progress Note |
| 3/4 | KD | F/U | 150 | ERP | |
| 3/4 | CB | F/U | 150 | Talk therapy | Progress Note |
| 3/4 | SR | Intake | 300 | **Word of Mouth** | |
| 3/8 | GBT | F/U | 150 | ERP | |
| 3/8 | CB | F/U | 150 | Talk therapy | Progress Note |
| 3/8 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 3/9 | SR | Intake | 300 | **Word of Mouth** | |
| 3/10 | CD | F/U | 150 | Talk therapy | Progress Note |
| 3/11 | JH | F/U | 150 | ERP | |
| 3/11 | MM | F/U | 150 | ERP | |
| 3/11 | EC | F/U | 150 | Talk therapy | Progress Note |
| 3/15 | CB | F/U | 150 | Talk therapy | Progress Note |
| 3/15 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 3/16 | CD | F/U | 150 | ERP | |
| 3/16 | SR | F/U | 150 | ERP | |
| 3/17 | *JY | F/U | 150 | Talk therapy | Progress Note |
| 3/18 | JH | F/U | 165 | ERP | |
| 3/18 | MM | F/U | 150 | Talk therapy | Progress Note |
| 3/18 | EC | F/U | 150 | Talk therapy | Progress Note |

| Month | Gross Income | Expense | Profit |
|---|---|---|---|
| January 2022 | 750 | 1256.51 | -506.51 |
| February 2022 | 3165 | 1373.14 | 1285.35 |
| March 2022 | 6885 | 2746.28 | 5424.07 |
| April 2022 | 8370 | 509.21 | 13284.86 |
| May 2022 | 10030 | 5270.84 | 18044.02 |
| June 2022 | 12575 | 10299.05 | 20319.97 |
| July 2022 | 12955 | 3212.06 | 30062.91 |
| August 2022 | 12045 | 1130.67 | 40977.24 |
| September 2022 | 6204.37 | 1464.01 | 45717.6 |
| October 2022 | 8880 | 3111.72 | 51485.88 |
| November 2022 | 9972.18 | 2117.45 | 59340.61 |
| December 2022 | 11370 | 3376.11 | 67334.5 |
| January 2023 | 10445 | 13671.72 | 64107.78 |
| Febraury 2023 | 12525 | 16017.29 | 60615.49 |
| March 2023 | 13125 | 28111.01 | 45629.48 |
| April 2023 | 12545 | 9425.52 | 48748.96 |
| May 2023 | 12220 | 18517.93 | **42451.03** |

| Shared Client Info | Total Gross Income |
|---|---|
| January 2022-June 2022 | **6335** |
| July 2022-May 2023 | 44645 |

| | | | | | |
|---|---|---|---|---|---|
| 3/18 | KD | F/U | 150 | ERP | |
| 3/21 | *GR | F/U | 165 | ERP | |
| 3/22 | GBT | F/U | 150 | Talk therapy | Progress Note |
| 3/22 | CB | F/U | 150 | Talk therapy | Progress Note |
| 3/22 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 3/23 | CD | F/U | 150 | ERP | |
| 3/23 | SR | F/U | 150 | ERP | |
| 3/25 | JH | F/U | 165 | ERP | |
| 3/25 | MM | F/U | 150 | Talk therapy | Progress Note |
| 3/25 | EC | F/U | 150 | Talk therapy | Progress Note |
| 3/25 | KD | F/U | 150 | ERP | |
| 3/25 | AS | Intake | 300 | **Word of Mouth** | |
| 3/25 | *JY | F/U | 160 | Talk therapy | Progress Note |
| 3/28 | JH | F/U | 165 | ERP | |
| 3/29 | CB | F/U | 150 | Talk therapy | Progress Note |
| 3/29 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 3/30 | CD | F/U | 150 | Talk therapy | Progress Note |
| 3/30 | SR | F/U | 150 | ERP | |
| 4/1 | MM | F/U | 150 | Talk therapy | Progress Note |
| 4/1 | EC | F/U | 150 | ERP | |
| 4/1 | CB | F/U | 150 | Talk therapy | Progress Note |
| 4/1 | *JY | F/U | 160 | Talk therapy | Progress Note |
| 4/2 | AM | Intake | 300 | Psychology Today | |
| 4/2 | AS | F/U | 150 | Talk therapy | Progress Note |
| 4/4 | JH | F/U | 165 | ERP | |
| 4/5 | GBT | F/U | 150 | ERP | Progress Note |
| 4/5 | CB | F/U | 150 | Talk therapy | Progress Note |
| 4/6 | MM | F/U | 150 | Talk therapy | Progress Note |
| 4/6 | SR | F/U | 150 | ERP | |
| 4/6 | CD | F/U | 150 | ERP | |
| 4/8 | MM | F/U | 150 | ERP | |
| 4/8 | EC | F/U | 150 | Talk therapy | Progress Note |
| 4/8 | *JA | F/U | 150 | Talk therapy | Progress Note |
| 4/9 | LM | Intake | 300 | Psychology Today | |
| 4/11 | JH | F/U | 165 | ERP | |
| 4/11 | AM | F/U | 150 | ERP | |
| 4/12 | CB | F/U | 150 | Talk therapy | Progress Note |
| 4/12 | *JA | F/U | 160 | Talk therapy | Progress Note |
| 4/13 | SR | F/U | 150 | ERP | |
| 4/14 | *GR | F/U | 165 | ERP | |
| 4/15 | MM | F/U | 150 | Talk therapy | Progress Note |
| 4/15 | EC | F/U | 150 | ERP | |
| 4/15 | AB | Intake | 300 | Psychology Today | |
| 4/15 | *JY | F/U | 160 | Talk therapy | Progress Note |
| 4/16 | GBT | F/U | 150 | ERP | |

Page 2 / 15

