FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

Calculation of Damages

The Anxiety Center of Maryland, Inc. dba The Maryland Anxiety Center (the "Center") claims damages of (1) sixty percent (60 %) of the monies paid to Ms. Goody for the services rendered by Ms. Goody or on her behalf or through Goody Counseling Services, LLC outside of the Center's practice during the term of the Employment Agreement and (2) for the average of twenty-five (25) hours per week from July 1, 2022 to October 6, 2023, the balance of her Employment Agreement term. Based on the documentation provided by Ms. Goody, she had income in violation of her contract in the amount of $41,775 for item (1). The Center's sixty percent (60 %) share equals $25,065.

For item (2), the period from July 1, 2022 to October 5, 2023, Ms. Goody would have produced fees of $325,650 based on the 25 hours per week she had been providing during her full-time status. The Center's share equals $195,390, for a total claim of $220,455.