**FILED**
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

*Exhibit A*

# EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT ("Agreement") is entered into this 6th day of October, 2020 and becomes effective as of October 6, 2020 ("Effective Date") by and between **The Maryland Anxiety Center**, ("Employer") located at 1122 Kenilworth Drive, Suite 211, Towson, Maryland 21204, and Chelsea Goody, LGPC, a Maryland Licensed Professional Counselor("Employee").

## BACKGROUND

Employer operates a cognitive, behavioral therapy practice, which provides clinical assessment, treatment and intervention services and programs to meet its patients needs. Employee is a Maryland Licensed Professional Counselor who has training, education and experience in providing therapeutic services. Employer desires to offer Employee employment and Employee accepts Employer's offer of employment on the terms and conditions set forth herein.

NOW, THEREFORE, the parties, intending legally to be bound, agree as follows:

1. EMPLOYMENT.

1  Provided that Employee meets Employer's credentialing requirements as of the Effective Date, Employer offers Employee employment for the purpose of having Employee perform the duties and responsibilities set forth herein, and Employee accepts this offer of employment, upon the terms and conditions set forth in this Agreement.

   1.1 As of the Effective Date, Employee shall:

      1.1.1  Be duly licensed by the Maryland Board of Professional Counselors and Therapists to practice clinical professional counseling without restrictions in Maryland;