Exhibit B

FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

May 2, 2022

Dear Mrs. Andrea Batton,

Please accept my letter of resignation from The Maryland Anxiety Center. This is my 60 days written notice as per the employment contract, notifying you that July 1, 2022 will be my last day at the agency.

As we had discussed several times previously, I find myself unable to secure childcare that will allow me to logistically and financially continue to work outside of my home state. Additionally, and more concernedly, the environment in the workplace has caused me increased stress, a factor which has ultimately forced me to end my employment sooner than my original anticipated Maternity Leave Date of July 31, 2022. My physician has echoed my concerns and in addition to this, has recommended that additional accommodations be made so that I can minimize my stress and remain physically healthy through the remainder of my employment and pregnancy. Accompanying this letter I will include the recommendation of my provider for pregnancy-related accommodations, which I will be picking up early next week and will forward via email.

I am appreciative to you and The Maryland Anxiety Center for the knowledge that I have acquired in specialization, the privilege it has been to work with the population of clients, and in the memories that I have made as an employee.

Sincerely,

*Chelsea C. Goody*

Chelsea Goody, LCPC