

FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg