

Defense Info - Sheet1 List of Patients with initials.pdf