LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHELSEA C. GOODY

: CHAPTER  13
:
: CASE NO. 1-24-bk-00600-HWV
:

**Debtor(s)**

: ADVERSARY NO. __-__-ap-_____
:  (if applicable)
:

**Plaintiff(s)/Movant(s)**
vs.

: Nature of Proceeding: Objection to
: Claim No. 4-1
:

**Defendant(s)/Respondent(s)** : Document #: 26, 27, 28

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Undersigned counsel has just been retained by the Claimant, Anxiety Treatment Center of Maryland. In order to allow counsel time to review the file and prepare for a possible evidentiary hearing, and to allow time to negotiate a settlement, it is requested that the hearing on the Claim Objection be continued until November 5, 2024.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/24/2024

s/ Robert E. Chernicoff

Attorney for Anxiety Treatment Center of MD

Name: Robert E. Chernicoff

Phone Number: 717 238 6570

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.