United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00600-HWV |
| Chelsea C. Goody | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | The Anxiety Treatment Center of MD, Inc, Andrea G. Batton, LCPC, DBA: The Maryland Anxiety Center, 3120 Paper Mill Rd, Phoenix, MD 21131-1432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Chelsea C. Goody jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Robert E Chernicoff | on behalf of Creditor The Anxiety Treatment Center of MD Inc rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| CHELSEA C. GOODY : | Case No. 1:24-bk-00600-HWV |
|     Debtor : | |
| : | Chapter 13 |
| CHELSEA C. GOODY : | |
|     Movant/Objector : | |
| v. : | |
| : | |
| THE ANXIETY TREATMENT : | |
| CENTER OF MD, LLC : | |
|     Claimant : | |
| : | |

## ORDER

Upon consideration of the Stipulation between the Debtor, Chelsea C. Goody, and The Anxiety Treatment Center of MD, LLC, Doc. 63, on account of Movant's Objection to Claim Number 4 (4-1) of The Anxiety Treatment Center of MD, LLC, Doc. 26, it is

**ORDERED** that

a. The Claim of The Anxiety Treatment Center of MD, LLC shall be fixed at $210,000.00, as an unsecured, non-priority Claim.

b. Claimant shall file an Amended Claim within 30 days of this Order

c. The Court shall retain jurisdiction to interpret and enforce this Order.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 25, 2024