UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHELSEA C. GOODY
        Debtor          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 1:24-bk-00600-HWV
        Movant

vs.

CHELSEA C. GOODY
        Respondent

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 23, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on March 27, 2024.

2. A hearing was held, and an Order was entered on November 20, 2024, directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHELSEA C. GOODY
    Debtor

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:24-bk-00600-HWV

vs.

CHELSEA C. GOODY
    Respondent

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse  
Bankruptcy Courtroom 4B  
1501 North 6th Street  
Harrisburg, PA 17102

Date: 01/22/2025

Time: 9:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 23, 2024

/s/ Douglas R. Roeder, Esquire  
Id: 80016  
Attorney for Movant  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: 717-566-6097  
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHELSEA C. GOODY
        Debtor                                 CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE              CASE NO: 1:24-bk-00600-HWV
        Movant

vs.

CHELSEA C. GOODY
        Respondent

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 23, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
CHELSEA C. GOODY
350 N. GOTWALT ST
YORK, PA 17407

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 23, 2024                           /s/ Kurtis Bowers
                                                                  Office of Standing Chapter 13 Trustee
                                                                  Jack N. Zaharopoulos
                                                                  Suite A, 8125 Adams Dr.
                                                                  Hummelstown, PA 17036
                                                                  Phone: 717 566-6097
                                                                  email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHELSEA C. GOODY
    Debtor

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:24-bk-00600-HWV

vs.

CHELSEA C. GOODY
    Respondent

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application