# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-00600 |
|---|---|
| CHELSEA C GOODY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/18/2025, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2025

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHELSEA C GOODY

CASE NO: 24-00600

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/18/2025, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-00600<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE FEB 18 7-30-4 PST 2025 | ~~(U)LAKEVIEW LOAN SERVICING LLC~~ | THE ANXIETY TREATMENT CENTER OF MD IN<br>ANDREA G BATTON LCPC<br>DBA THE MARYLAND ANXIETY CENTER<br>3120 PAPER MILL RD<br>PHOENIX MD 21131-1432 |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | DEPT OF EDUCATIONELN<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | THE ANXIETY TREATMENT CENTER OF MD INC<br>ANDREA BATTON<br>3120 PAPER MILL RD<br>PHOENIX MD 21131-1432 | THE MARYLAND ANXIETY CENTER INC<br>1122 KENILWORTH DR 211 SUITE 301<br>TOWSON MD 21204-2146 |
| (P)U S DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | EXCLUDE<br>~~CHELSEA G GOODY~~<br>~~350 N GOTWALT ST~~<br>~~YORK PA 17404-5015~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| EXCLUDE<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | | |