LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Chelsea C. Goody

**Debtor(s)**

Jack N. Zaharopoulos

**Plaintiff(s)/Movant(s)**

vs.

Chelsea C. Goody

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-24-bk-00600-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Order to Appear and Show Cause

Document #: 83

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Attorney for Debtor will be on vacation on the date of the hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 06/09/2025

/s/ John M. Hyams

Attorney for Debtor

Name: John M. Hyams

Phone Number: 717-520-0300

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.