# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHELSEA C GOODY

CASE NO: 24-00600

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/17/2025, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2025

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
CHELSEA C GOODY

CASE NO: 24-00600

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 10/17/2025, a copy of the following documents, described below,

3rd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2025

_/s/ Miles Wood_

Miles Wood  
BK Attorney Services, LLC  
d/b/a certificateofservice.com, for  
John M. Hyams  
Law Offices of John M. Hyams  
1007 N. Front St. Suite 3 South  
Harrisburg, PA  17102

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-00600
MIDDLE DISTRICT OF PENNSYLVANIA
FRI OCT 17 9-50-44 PST 2025

EXCLUDE

(U)LAKEVIEW LOAN SERVICING LLC

THE ANXIETY TREATMENT CENTER OF MD  INC
ANDREA G BATTON  LCPC
DBA THE MARYLAND ANXIETY CENTER
3120 PAPER MILL RD
PHOENIX  MD 21131-1432

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

DEPT OF EDUCATIONELN
PO BOX 60610
HARRISBURG  PA 17106-0610

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 840
BUFFALO  NY 14240-0840

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

EXCLUDE

(D)(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

THE ANXIETY TREATMENT CENTER OF MD INC
ANDREA BATTON
3120 PAPER MILL RD
PHOENIX  MD 21131-1432

EXCLUDE

(D)THE ANXIETY TREATMENT CENTER OF MD  INC
ANDREA BATTON
3120 PAPER MILL ROAD
PHOENIX  MD 21131-1432

THE MARYLAND ANXIETY CENTER  INC
1122 KENILWORTH DR 211  SUITE 301
TOWSON  MD 21204-2146

(P)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

EXCLUDE

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON  TX  77210-4457

EXCLUDE

CHELSEA C GOODY
350 N GOTWALT ST
YORK  PA 17404-5015

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG  PA 17102-3320